Luis Claudio   316418
    plaintiff

United States District Court

District of Connecticut

vs

Commissioner Semple
Commissioner Arnone
Deputy Commissioner Cepelak
Deputy Commissioner Dzurenda
Warden Maldanado Osborn
Fire Satefy Officer Gero
Plant Facilties Engineer Kevin Roy
Director Steven Link
Rich Hardy
Ward
Mario Costa
GMO goodwin
GMO Trap
Warden Chapdelaine
Rebecca Culter, Enviromental Analyst II

Commissioner Daniel Esty
President of Union Collin Provost
Correctional Officer Dinino
Correctional Officer Jordan
GMO Sullivan
GMO Martin
GMO Bassette
GMO Bell
Public Health- Jewel Mullen
Public health - Gary Johnson
Governor Dannel Malloy

17cv955 (SRU)

## COMPLAINT

1.  This is a civil rights action filed by Luis Claudo, 316418
for monetary damages under 42 U.S.C. section 1983.  Plaintiff has
been subjected to inhumane and Hazardous conditions that pose
unreasonable and substantial risks to his health, while being
incarcerated at Osborn C.I. Correctional officers and medical staff
have filed suits in state and federal court against the State and
DOC due to the conditions.

2.  Plaintiff maintains that the defendants deprived and violated
his constitutional rights, and they carried out thier acts pursuant
to customs and illegal practices.  And named defendants, acting
under color of state law, knowingly caused plaintiff to be deprived
of his constitutional rights.

3.  Plaintiff requests the court to declare the acts and/or omissions
by defendants were unconstitutional and by an award of compensatory
and punitive damages compensate him for the violations of his
constitutional rights and deter defendants from further participation
in such unconstitutional acts and/or omissions.

page two

4.  Jurisdiction-  This action is brought to remedy the deprivation under color of state law of rights guaranteed by the `8th and 14th Amendments to the United States Constitution.  The court has jurisdiction over this action pursuant to 42 U.S.C. section 1983 and 28 U.S.C. section 1343(a)(3).

5.  Parties-  The plaintiff, luis Claudio, 316418 can recieve all paperwork at 335 Bilton Road, Somers, Ct 06071 P.O. Box 100.

6.  Defendant Semple, Arnone, Cepelak, Dzurenda, Link, Provost can be served at 24 Wolcott Hill road, Wethersfield, Ct 06109.

Defendant Maldonado, Gero, Roy, Hardy, Ward, Costa, Goodwin, Trap, Martin, Sullivan, Bell, Bassette, C/O Dinino and C/O Jordan can all be served at same address as plaintiff.

Defendant Chapdelaine can be served at 1153 East Street South Suffield, Ct 06080.

Defendant Rebecca Culter can be served at 165 Capital Ave, Room 275, Hartford, Ct 06106  Connecticut Det. of Constructive Services.

Defendant Daniel Esty can be served at 79 Elm Street, Hartford Ct, 06106.

All defendants are being sued in their individual and official capacities.  Money damages are only sought in Individual capacity.

Dannel Malloy can be served at State Capitol Ave, Room 200 Hartford, Ct 06106.

Jewel Mullen and Gary Johnson of Public health can be served at 410 Capitol Ave. P.O. Box 340308 Hartford, Ct 06134-0308.

Count(1) <u>Conditions at Osborn C.I.</u>

7.  The plaintiff was housed in Q-building until he was moved to H-block on September, 2016.  All inmates that were housed in Q2 were moved to H-block.

8.  The plaintiff was exposed to unsafe and Hazardous conditions at Osborn C.I.

9.  The plaintiff has completely exhaused his administrative remedies and they are attached.

10.  The plaintiff was watching T.V. on December 7 and 11, 2016 when Correctional officers(former) Dinino and Jordan came on NBC news Trouble shooters stating the reason for the Q-buildings closing was due to PCB's and Asbestos and other unsafe and hazardous con-ditions.  They showed TRC reports that showed the results of testing that was done on the Q-buiidings.

11.  On December 8, 2016 in the Hartford Courant newspaper an article was printed stating the reason for the Q-buildings being closed down was due to crime going down....Gov..Malloy.  At the end of the article President of state DOC employees Collin Provost states that the Q-buildings were closed down due to health concerns that were made by employees for years.  Such as Air Quality, contamination and structurally unsound conditions.

12.  Dinino, Jordan and Provost all knew about these conditions for years and failed to notify the inmate population and failed to take actions and report state and federal violations within the prison.

13.  Plaintiff was exposed to Asbestos(friable), methane gas(sewer gas), black and yellow mold, unsafe drinking water, High levels of PCB's (polychlorinated biphenyls), poor infrastructure of building, fire Hazardous-no sprinklersm no auto unlocking device(level) to

page four

open cells so inmates don't get stuck in cells, poor air quality
and other contaminations.  Black sludge around domestice lines.

14.  A 12-19-11 memo from Tebecca Cutler, Envirnomental Analyst
II to Ms. Culter states:  At your request on 11-14-2011, TRC
performed a PCB exterior caulk/glazing investigation in conjunction
with planned renovation of Osborm C.I.(Q-building) located in
SSomers, Ct.  TRC methodology included conducting a visual site
investigation to identify and locate homegeneous caulk/glazing,
along with collection and analyses of representative caulk/glaze
sample from PCB content....34 samples in all were collected from
12 distinct Homoheneous materials identified.  Analysis revealed
two materials types to contain MORE than 50 parts per million(greater
or equal to 50 ppm) total PCB, six to contain more than one but less
than 50(greater than 1 less than 50 ppm) total PCB and 4 to contain
less than one less tan 1ppm total PCM.  Thus several of the identified
homogeneous caulk/glaze are either defined as PCB as PCB bulk Product
Waste(greater than 50 ppm) under the EPA TSCA standards (40 CFR 761)
or are regulated by the CT DEEP (greater than 1 less than 50 oom)
under the state PCB statutes (22a-463 through 469).

     Based on this data, Further investigation for Potential PCB
impacts to adjoining porous substrates(Brick, CMU, wood, etc) and/or
soil/surface cover is WARRANTED, along with the Development of PCB
remedial plans to facilitate the renovation project.

10.  On December 7, 2012 Commissioner Daniel Esty of the Department
of Energy and Envirnomental Protection DEEP wrote in a 11-2011,
TRC located at 21 Griffin Road in North Windsor, Ct was retained
at the Osborn C.I. for the investigation of PCB(polychlorinated

page five

biphenyls) in exterior and interior caulk/glazing... caulk
samples 34 samples were taken and revealed 12 different types
of caulk.  For the substrate and exterior caulk samples 129
samples were taken in total and of which 113 samples were taken
from surfaces on the ground below and 16 from surfaces the caulk
was adhered to.  The results of the testing are attatched in
report dated 12-19-11 from TRC.  This memo was CC: to Commissioner
Arnone, Deputy Commissioners Cepelek and Dzurenda, Warden
Chapdelaine, Director Link and Kevin Roy.

14.  Rebecca Culter and Commissioner Daniel Esty failed to
report the findings to the Department of Public health and/or
other agencies per protocol of Hazardous conditions, they failed
to order and/or recommend the immediate removal of all inmates
from Q-buildings(1,2,3,4), they failed to notify plaintiff and
other inmates of the harmful and hazardous conditions, they
failed to order and/or recommend bottle water and/or filtered
water be given to inmates immediately, they failed to deemed un-
habitable and condemned.

15.  Q-buildings were closed on September 7, 2016.

16.  On 10-20-2016, on Q1 North side, clean Earth systems, Inc
1-800-Cubic-yd came in with bright yellow demolition crew T-shirts
full hooded white suits.  They took soil samples at different
distances from building (between windows) NOT (under windows).

17.  On 10-28-2016, 2 workers came to Osborn to take more samples
of grounds of Q-building.

18.  Commissioner Semple, wrote a memo in 2016 that he would
rather close the Q-s building due to the infrastructure of the
building

page six

but continued to house inmates in Q's although conditions were
unsafe. Collin Provost stated the same thing in number 11. and
concerns were raised and yet inmates were still housed in Q-s.
19. Maintenance Workers Trap, Costa, Sullivan, Martin, Bassette,
Hardy, Ward, Goodwin, and Bell were aware of numerous hazardous
and unsafe conditions in Q-builings and failed to act/take action
and/or report violations to Public Health and/or proper agency.
20. Maintenance Workers were aware of black sludge around
domestic lines(drinking water) which is hazardous, defendants
will not fix broken windows in Q-building nor Main building due
to PCB's and Asbestos in caulk/glazing(a contractor must be
retained to fix all broken windows), Maintence Workers were
aware of PCB's and Asbestos through out the Q-building and Main
building and did not report it, they failed to order and/or recom-
mended and/or install filtered water fountain/bottled water for
inmate population due to PCB's in the soil/ground water, Maintenance
workers were responsible for hanging a large(11 X 5 foot) tarp over
all sky lights in Q-buildings due to poor infrastructure with
glass and water coming into unit, poor ventaliation- never cleaning
the heating unit and cell vents did not work, Allowing asbestos
remain on chassway pipes that gets distrubed thour air hammering
or shaking of the pipes, Maintenance workers are not licensed and
or certfied toperform job duties as Maintenance workers, Maintenance
workers allow their inmate workers to do all work within building
without protect gear for Hazardous and unsafe material, Maintanence
workers are responsible for drilling holes in Chassway sewerage

page seven

lines(pipes), which allows methane gas to be released in inmate cells all day, but makes it easier for the maintenance crew to snake pipe when there is a clog.  The 1/2 to 1 inch holes are totally against code and cell smells like sulfur/natural gas, which can cause cancer.

20.  Fire safety officer Gero never reported any of the above (20) violations, PCB's and Asbestos to Public Health and/or any proper agency.  The illegally drilled holes could cause an explosion, Q-building nor main building has sprinkler system in case of fire nor automatic unlocking level which releases all doors for the Q-building(inmates have gotten stuck in cells until maintenance came in and released them). Even with the ground/soil with PCB, he has failed to order and/or recommend for bottled water and/or filtered water be made available to inmate population immediately.  He failed to report and/or get the Main Building tested for PCB's and Asbestos in the cell units when within the Main building teh church, Deputy Wardens office, visiting room, School have all had to be shut down and outside contractor come in and remove contaminants.

21.  Kevein Roy was aware of PCB's and Asbestos in Q-building and failed to take actions and report violation to Public Health and/or state agencies, he failed to order and/or recommend bottle water and/or filtered water for the inmate population due to ground water/soil loaded with PCB's.

22.  Kevin Roy is NOT certified Operator, but tests, monitors and reports drinking water results to Public health.

23.  Piping(domestic line) drinking water pipes are from the 1960 and 1970 that have 50/50 solder which was banned, which allows tin and lead to be in drinking water, Kevin Roy has never ordered

page eight

and/or recommended for the inmate cell water to be tested for contaminants associated with PCB in ground/soil around Osborn C.I. and othe contaminants.  Cell water smells funny, tastes horrible, sometimes comes out brown and NO staff member drinks the water , they bring gallon water from home.

24.  Kevin Roy has been deliquent and under violations on filing numerous reports for Public Notification(inmates) I have never been informed when there was a violation.  Kevin Roy continues to sign off on Monitoring, testing and reporting drinking water to the Public Health as Owner/operator for DOC.  And Public Health continues to accept and deal with him even though they say he is not certified.

25.  Two inmates Joshua Smith and Ray Boyd both contracted H-pylori in 2016.

25.  Kevin Roy has had violations for Chlorine, arsenic, Nitrate and calcuim.

Claims for relief

All defendants were aware of the hazaardous conditions and unsafe conditions of being housed in Q-buildings prior to the plaitiff being made to live in the poor conditions of the Q's.

They failed to notify the plaintiff of all hazardous and unsafe conditions, and failed to act or take action to keep the plaintiff in a safe envirnoment.  Defendant has plaintiff housed in another part of jail, which could and probably is filled with the same Hazardous and unsafe conditions because it is adjoining.

The plaintiff has been exposed to these conditions and they are all clearly against his constitional rights

Wherefore,

page nine


Plaintiff requests:

A. Compentary damage in the amount of 1,000,000.00 against each and every defendant in their individual capacity ONLY

B. Punitive Damages in the amount of 1,000,000.00 against each and every defendant in their individual capacity only

C. Injunctive relief:

   1. Order bottled water/filtered water be made available to inmate population immediately.

   2. Have plaintiff tested for all spoken about contaminants and monitored for related cancers and medical issues.

D. Nominal relief

E. Plaintiff's cost to suit

F. Jury trial demand for all issues

G. Any and all other relief this court deems fair and just.

Luis Claudio
P.O. Box 100
Somers, Ct 06071

    Both defendants Jewel Mullen and Gary Johnson continued to deal with Kevin Roy inregards to the drinking water(testing, monitoring, reporting) although they knew he was not certified to do so and failed to report this uncertified individual performing the job.

    Defendant Dannel Malloy was told by Correctional officers and made aware of the unsafe and Hazardous conditions of Q-building and and adjoining Building_Main Building and he has failed to have main Building closed due to PCB/Asbestos, nor has he ordered bottled and/or filtered water for all inmates due to ground(soil) soaked with PCB.

Luis Claudio

26. Kevin Roy is using a public water system ID number that does not corresponded with the address given. The ID number is for an address five miles from Osborn CI. This is illegal. The water in the inmate cells must be tested immediately.

Sincerely Claudio

SOMERS CORRECTIONAL INSTITUTION

# Malloy Closing 4 Somers Prison Units

## Housing Quarters Had Housed 400 Inmates; State Has No Estimates On Savings From Move

## Prisons

Continued from Page B1

### As crime

continues to experience a significant decline in Connecticut, we've been able to reallocate resources and close

# STATE OF CONNECTICUT
### DEPARTMENT OF PUBLIC HEALTH



Jewel Mullen, M.D., M.P.H., M.P.A.
Commissioner

Dannel P. Malloy
Governor
Nancy Wyman
Lt. Governor

Drinking Water Section

July 23, 2015

Department of Correction
Freedom of Information Administrator
24 Wolcott Hill Road
Wethersfield, CT 06109

Subj: ▮▮▮▮▮▮▮ FOI Request -

1) Monitoring and Reporting Violation in July 2014 for collecting 3 of 6 distribution system chlorine residual samples from May 2014 to March 31, 2015 is **attached**.
2) No records available. There are no water tests exceeding the standards from May 2014 to March 31, 2015.
3) No records available. Kevin Roy is not a certified operator.
4) 2 Violation letters **attached**.

Thomas Reed
Environmental Analyst 3
Drinking Water Section
DPH
(860) 509-7333



Phone: (860) 509-7333 • Fax: (860) 509-7359 • VP: (860) 899-1611
410 Capitol Avenue, MS#51WAT, P.O. Box 340308
Hartford, Connecticut  06134-0308
www.ct.gov/dph
*Affirmative Action/Equal Opportunity Employer*



# STATE OF CONNECTICUT
# DEPARTMENT OF CORRECTION

## OFFICE OF THE COMMISSIONER

Dannel P. Malloy
Governor

Scott Semple
Commissioner

TO:        ALL STAFF

FROM:    SCOTT SEMPLE, COMMISSIONER

DATE:     NOVEMBER 16, 2015

SUBJECT:  ENFIELD CI

It was reported in the media this past Friday that one of the items in Governor Malloy's proposal to cut $350 million from the state budget was the closing of the Enfield Correctional Institution.

First off, I would like to take this opportunity to apologize for the manner in which this information came to light. I was as perplexed and quite frankly surprised, as I imagine many of you were, by this leaked draft report.

It is vitally important to me that information regarding the future of this agency, such as the closing of a facility, is communicated internally. In other words, you would hear the news from me and/or the Executive Team personally. I can also assure you that the recommendation to close the Enfield facility which appeared in a publication titled *Bipartisan Budget Negotiation Options*, was not submitted by anyone from the Department of Correction.

As part of the agency's efforts to enhance efficiencies, the plan all along has been to close specific sections of various facilities. The Fairmont Building of the Bridgeport Correctional Center has already been shuttered (saving the state $2.1 million per year). The "Qs" of the Osborn Correctional Institution and the Niantic Annex are the next two sections of facilities that have been earmarked for closing.

I have also repeatedly stated that in order for these additional portions of facilities to close, there must be a minimum reduction to our inmate population of 800.

With that in mind, the realities of the State's fiscal situation cannot be ignored. While Governor Malloy and the State Legislators are grappling with filling a $350 million shortfall in the current budget, it is sobering to think that the upcoming biennium budget deficit is projected to be $2.9 billion.

Phone: 860.692.7482 ♦ Fax: 860.692.7483
24 Wolcott Hill Road ♦ Wethersfield, Connecticut 06109
Website: www.ct.gov/doc

*An Affirmative Action/Equal Opportunity Employer*



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### District Administrators Office- North
### 1153 East Street South
### Suffield, Connecticut 06080

December 30, 2016

Courtney Green #320094   A - 60
Osborn Correctional Institution
335 Bilton Road, POB 100
Somers, CT 06071

Mr. Green:

This letter acknowledges receipt of your correspondence dated December 19, 2016 addressed to my attention regarding issues you are having with the physical conditions at Osborn C.I. Specifically, claims of PCB, Water, and Asbestos contamination.

In response to your allegations, I would like to begin by clarifying that news report you mention in your letter was originally aired on December 7th of this year. Governor Dannel Malloy announced to news media that with the dramatic reduction in both crime in the state of Connecticut, as well as the overall inmate population, Osborn C.I. was able to close 4 housing units allowing the state to reallocate resources. Immediately following the Governors address, some news stations aired an interview with a retired Correction Officer of whom worked at the Osborn facility. In this interview, a report was held by this individual in which he states the housing units commonly known as the "Q's" contained polychlorinated biphenyls (PCB's), and that this was the cause of the units to close. As you may know, the first amendment of the U.S. Constitution gives rights to free speech as well as freedom of the press. This does not mean that the content of what is stated by an individual carries veracity for the simple fact that it is said. There was no verification of this individuals credentials to be a qualified interpreter of the findings of this report in order to express a danger to the staff and inmates that both work and inhabit the Q-building.

To further clarify, PCB's were existent during testing for a planned renovation to the Q-building in both caulking and window glaze. Air monitoring (considered of highest importance) was completed for all Q areas during testing and PCB readings were below detectable limits. The samples which exceeded the EPA and CTDEEP standard of >50ppm required that the material be properly removed. In compliance with federal regulations, abatement of these contaminants was completed by a certified contractor who noted in their completion report that the window glaze was soft in texture and in great condition. It is common knowledge that PCB containing dust released from degrading materials is of highest concern when discussing potential health risks.

You also mention in your correspondence "confirmation of PCB in water and asbestos contamination at 115". Please note that you may view the yearly water quality report which is publicly posted at your facility to see that there are no violations listed on the report, and that PCB's are not a tested contaminant.

Finally, in response to your concerns of asbestos; Osborn has undergone several renovations to update the cleanliness and safety of the facility. While it is no secret that asbestos is a contaminant that can potentially cause health problems, this is primarily when prolonged inhalation of airborne asbestos fibers occurs, not in its still, unadulterated state. Materials containing asbestos are present in thousands of building materials produced today and present in countless homes and industrial buildings. Abatement has taken place at Osborn C.I in many areas where inmates would be present primarily as a proactive approach, not as a response to violations or other.

I would like to finish by assuring you that the health and safety of every individual that works and resides within our facilities is of utmost importance, and that we take proper measures to comply with state and federal regulations to offer a safe environment to both staff and inmates.

Sincerely,

Angel Quiros
District Administrator

Cc:  Warden Maldonado
        File

Affidavit of Joshua Smith

In Support of Infection with Helicobacter
(H. pylori)

I Joshua Smith, State the Following is True and
Accurate To the Best of my Ability.

1. I am over the Age of 18.

2. I was diagnosis with (H. pylori) while housed
In E-Unit at Osborn Correctional Facility In
2016.

Joshua Smith
Joshua Smith
P.O. Box 100
Somer's, CT 06071

Notary Public   Date 7-11-16

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 11 DAY OF July, 2016

NOTARY PUBLIC

AMY DENISE CORREA
Notary Public
My Commission Expires 2/28/17

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ___ DAY OF ___, ___

NOTARY PUBLIC

HR 925 02/2011
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSTY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**PHYSICIAN'S ORDERS**

| INMATE NUMBER: | 2 2 3 4 8 5 | | DATE OF BIRTH: | 8/16/68 |
|---|---|---|---|---|

INMATE NAME (LAST, FIRST, INITIALS): Smith, Joshua

| SEX: (M) F | RACE/ETHNIC: (B) W H O | FACILITY: OCI |

**DRUG ALLERGIES/HYPERSENSITIVITIES:**   NKDA

| Date & Time | ORDERS — Prescriber Signature & Title/Nurse Signature & Title | Priority Code: (Circle one) Contingency or Routine | Admin. Code: (Circle one) KOP or DOT | Medication Order(s) Scanned to Pharmacy: Date/Time/Initials |
|---|---|---|---|---|
| 1/20/16 1080 | Glucerna ↑ can po tid x 6 mos (Diabetes) | C R | (K) D | |
| | Gluten Free Diet x 1 year | C R | K D | |
| | Labs - PSS | C R | K D | |
| | Renew it | C R | K D | |
| | Pt RTC in 2 mos (Follow up) Labs | C R | K D | |
| | | C R | K D | |
| | 1/29/16 signed | C R | K D | |
| 2-24-16 9A | Daily Pass for Gym @ 1pm rehab (L) knee | C R | K D | |
| | - Bike x 3 months | C R | K D | |
| | noted CMHC 2-24-16 | C R | (K) D | |
| 2/25/16 7/10 | Omeprazole 20 mg po B.id x 30 dys | C R | (K) D | |
| | Amoxicillin 500 mg ii tabs po bid x 14d | C R | (K) D | |
| | Metronidazole 500 mg po bid x 14dys | C R | (K) D | |
| | Clarithromycin 500 mg po bid x 14 days | C R | K D | |
| | H. pylori infection — J. Wright, M.D. | C R | K D | |
| | Scanned + noted TMyers RN 2/25/16 | C R | K D | |
| 2/25/16 11Pm | D/C Daily Pass for Gym @ 1pm (B)(L) | C R | K D | |

MEDICATIONS WILL BE DISPENSED ACCORDING TO BRANDS STOCKED IN THE PHARMACY.
AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT UNDER THE CMHC FORMULARY SYSTEM.

Affidavit of Ramone White 309419

    I give the following information is true and accurate
to the best of my ability.

1. I am over the age of 18.
2. I was given blood work on 2-14-2017, by Correctional Managed
Health Care.
3. I was dignosed with H-pylori AB-IgG.
4. I was reviewing my medical file on March 9, 2017 and
   seen the blood work, which was positive.
5. No one from medical called me down and I have not been
treated.
6. I experience sharp pains in front stomach area, allot of
pain after eating meals.
7. I wrote Richard Furey, in charge of medical to find out why
if the blood work was signed off, why haven't I recieved any
treatment.  No response yet.


Sworn and deposed before
me on 54 day of March, 2017

_____
Notary Public

Ramone White 3-24-2017
Ramone White 309419

Hon. Ray V. Boyd
#193919 - Osborn Corr. Inst.
P.O. Box #100
Somers, CT. 06071

1/30/16

## AFFIDAVIT

I, Ray Victor Boyd, am providing the ████████, with Photo Copies of My Medical Records, which show that I tested positive for H. pylori, while being housed here at Osborn Corr. Inst.

Prior to the aforementioned positive test, in August of 2012 while I was house at MacDougall Corr. Inst., in Suffield, CT., I also tested positive for H. pylori.

To date Scientist believe H. pylori to be Contracted through food and water. The Ct. Department of Corrections have provided me with My only Source of food and water, for the Past 24 years. (Scientific facts can be located @ www.webmd.com/digestive-disorder/H-pylori)

Sign: Hon. Ray V. Boyd

Hon. Ray V. Boyd

Subscribed and sworn to before me
this 1 day of February 20 16
Signature of Notary Public
Date Commission Expires
8/31/19
Andrene Miller

UConn Health
263 Farmington Ave.
Farmington  CT 06030
PHONE: 860-679-2498 FAX: 860-679-1401
CT# HP-0213 CLIA# 07D0092519

PATIENT NAME **BOYD, RAY**
MRN#: I00193919 ADM: I60005440
DOB: 08/09/1972  Age: 43  Sex: M
ATTENDING PHYSICIAN: FRESTON, CARY ROB
LOCATION: OSBORN CI

## DAILY REPORT

Order# N9120262                         **FINAL**
**Date&Time Ordered: 11/12/15 08:53**
**Req. physician: BRETON, JOSEPH V**

### ROUTINE HEMATOLOGY

| TEST-NAME | RESULT | FLAG | REFERENCE INTERVALS | UNITS |
|---|---|---|---|---|
| SPECIMEN LAV COLLECTED 11/12/15 08:53 RECEIVED 11/12/15 17:46 | | | | |

**PERIPHERAL BLOOD COUNTS**

| | | | | |
|---|---|---|---|---|
| White Cell Count | *7.2 | | 3.8-10.6 | 10*3/uL |
| Red Cell Count | *5.03 | | 4.40-5.90 | 10*6/uL |
| Hemoglobin | *14.5 | | 13.0-18.0 | g/dL |
| Hematocrit | *43.7 | | 40.0-52.0 | % |
| MCV | *86.9 | | 80.0-100.0 | fL |
| MCH | *28.8 | | 26.0-34.0 | pg |
| MCHC | *33.1 | | 32.0-36.0 | g/dL |
| RBC Distribution Width | *13.1 | | 11.6-14.8 | % |
| Platelet Count | *206 | | 150-440 | 10*3/uL |

**WBC DIFFERENTIAL**

| | | | | |
|---|---|---|---|---|
| Neutrophils | *55.7 | | 40.0-70.0 | % |
| Lymphocytes | *34.3 | | 20.0-50.0 | % |
| Monocytes | *7.2 | | 4.0-12.0 | % |
| Eosinophils | *1.7 | | 0.0-6.0 | % |
| Basophils | *1.1 | | 0.0-2.0 | % |
| Absolute Neutrophil Ct. | *4.0 | | 1.4-6.3 | 10*3/uL |
| Absolute Lymphocyte Ct. | *2.5 | | 0.7-4.5 | 10*3/uL |
| Absolute Monocyte Ct. | *0.5 | | 0.2-0.8 | 10*3/uL |
| Absolute Eosinophil Ct. | *0.1 | | 0.0-0.3 | 10*3/uL |
| Absolute Basophil Ct. | *0.1 | | 0.0-0.2 | 10*3/uL |

VERIFICATION OF TEST RESULTS

*-NEW RESULTS   L-LOW   H-HIGH   AB-ABNORMAL   C-CRITICAL   T-TOXIC   X-ABSURD   SSR-SEE SEPARATE REPORT

PHYSICIAN: FRESTON, CARY ROBERT
LOCATION: OSBORN CI

Patient name: **BOYD, RAY**
MRN: I00193919   Room: 115

| UConn Health | PATIENT NAME  BOYD, RAY |
|---|---|
| 263 Farmington Ave. | MRN#: I00193919 ADM: 160005440 |
| Farmington CT 06030 | DOB: 08/09/1972  Age: 43   Sex: M |
| PHONE: 860-679-2498 FAX: 860-679-1401 | ATTENDING PHYSICIAN: FRESTON, CARY ROB |
| CL#-HP-0213 CLIA# 07D0092519 | LOCATION: OSBORN CI |

## DAILY REPORT

Order# N9120261                         FINAL
Date&Time Ordered: 11/12/15 08:53
Req. physician: BRETON, JOSEPH V

### INFECTIOUS DISEASE SEROLOGY

| TEST-NAME | RESULT | FLAG | REFERENCE INTERVALS | UNITS |
|---|---|---|---|---|

SPECIMEN M6C COLLECTED 11/12/15 08:53 RECEIVED 11/12/15 17:47

**BACTERIAL ANTIBODIES**

H.pylori AB-IgG          *POSITIVE
This assay is a qualitative test and does not indicate the titer of
antibody in the specimen.  The assay detects IgG only.  It should be used
for patients with clinical signs and symptoms suggestive of gastrointesti-
nal disease and is not intended for use with asymptomatic patients.



\*-NEW RESULTS   L-LOW   H-HIGH   AB-ABNORMAL   C-CRITICAL   T-TOXIC   X-ABSURD   SSR-SEE SEPARATE REPORT
PHYSICIAN: FRESTON, CARY ROBERT
LOCATION: OSBORN CI

Patient name: BOYD, RAY
MRN: I00193919   Room: 115

6 of 56, 7 of 57          Report Print Date and Time: 11/16/2015 03:30          Page: 2 of 2

HR 925 02/2011
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**PHYSICIAN'S ORDERS**



| INMATE NUMBER: | 1 9 3 9 1 9 | DATE OF BIRTH: | 8/2/72 |
| INMATE NAME (LAST, FIRST, INITIALS): | BOYD RAY | | |
| SEX: (M) F | RACE/ETHNIC: (B) W H O | FACILITY: | OCI |

**DRUG ALLERGIES/HYPERSENSITIVITIES:**

NKDA

| Date & Time | ORDERS<br>Prescriber Signature & Title/Nurse Signature & Title<br>*For Medication Orders: Document Medication Dose, Frequency & Route, & Duration.<br>*For topical preparations, provide quantity prescribed (Example: 30 grams, 60 cc, etc.) & type of preparation (lotion, cream, ointment, etc.).<br>*Document indication(s) for PRN medications(s) | Priority Code: (Circle one) Contingency or Routine | Admin. Code: (Circle one) KOP or DOT | Medication Order(s) Scanned to Pharmacy: Date/Time/Initials |
|---|---|---|---|---|
| 12/18/15 4:01.26 | ① DC PROTONEX | C R | (K) D | |
| | ② BISMUTH SUBSALICYLATE 525 MG | C R | K D | |
| | PO QID X 10 DAYS | C R | (K) D | |
| | ③ METRONIDAZOLE 250MG PO QID | C R | (K) D | |
| | ✕ 10 DAYS | C R | (K) D | |
| | ④ DOXYCYCLINE 100MG PO BID | C R | (K) D | |
| | ✕ 10 DAYS | C R | K D | |
| | ⑤ PANTOPRAZOLE 20MG PO BID | C R | (K) D | |
| | ✕ 10 DAYS. | C R | K D | |
| | [signature] | C R | K D | |
| | [signature] Med Class | C/R | K D | |
| | | C R | K D | |
| 12/19/15 | NSG protocol | C R | K D | |
| | BP✓ ×1 week | C R | K D | |
| | Noted TJ RN 12/19/15 | C R | K D | |
| | | C R | K D | |
| | R×22/15 08:11 | C R | K D | |
| 1/19/16 09.31 | PROTONEX 40MG PO BID (PER G.T) | C R | K D | |
| | ✕ 1 YEAR. | C R | K D | |
| | [signature] BROOKS | C R | K D | |
| | [signature] 1/19/16 Med Class | C R | K D | |
| | | C R | K D | |

MEDICATIONS WILL BE DISPENSED ACCORDING TO BRANDS STOCKED IN THE PHARMACY.
AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT UNDER THE CMHC FORMULARY SYSTEM.

ENERGY &
ENVIRONMENTAL
PROTECTION

79 Elm Street • Hartford, CT 06106-5127          www.ct.gov/deep          Affirmative Action/Equal Opportunity Emplc

March 12, 2015

Elbert S. Harris (#190279)
Osborn Correctional Institute
335 Bilton Road – Loft 1-64
Somers, CT 06071

Re: Freedom of Information Act Request

Dear Mr. Harris:

I am in receipt of your undated letter which the agency received March 10, 2015. With this letter, you also enclosed a copy of my September 17, 2012 acknowledgement letter relating to your Freedom of Information request which was dated August 4, 2011, and which the Department of Energy and Environmental Protection ("DEEP") received on September 11, 2012. The letter advised that there would be a possibility that the responsive documents might need to be reviewed for possible exemptions under Conn. Gen. Stat. §1-210(b)(19) and §1-210(b)(18).

At the time of your request, it was determined through an investigation with DOC that you did not meet the indigency standard as outlined in State of Connecticut, Department of Correction, Administrative Directive No. 3.10.and would, therefore, be liable for payment of responsive documents.

Subsequently, on October 17, 2012, I sent you a letter (copy enclosed) notifying you that after a search for responsive documents within the agency none were located and, therefore, there were no records to provide you. It was determined that DEEP was not involved with the activities related to the request and, consequently, was not in possession of any responsive documents. In an effort to try and obtain the documents you were seeking, the DEEP Remediation Division staff reached out to Timothy Carey, Environmental Analyst-III in the Facilities Management & Engineering Division at DOC, as it was DOC that retained TRC in North Windsor, Connecticut to conduct an investigation for PCB's in the Bilton Road facility. Subsequently, on December 7, 2012, then Commissioner Esty received a letter from Mr. Carey (copy enclosed) providing a response to your inquiry along with the investigative report documents within DOC's possession. On December 20, 2012, I sent you a letter (copy enclosed) and forwarded you a copy of Mr. Carey's letter and the accompanying investigative reports which he had provided. Connecticut did not charge you a fee for these documents, nor was DEEP under any obligation to provide responsive documents from another agency.

Please contact me if you have questions.

Sincerely,

Mary Lou Kramer
Paralegal Specialist
Office of Legal Counsel
Office of the Commissioner


Enclosures



August 22, 2012

Ms. Rebecca A. Cutler
Environmental Analyst II
Connecticut Department of Construction Services
Technical Services
165 Capitol Avenue, Room 275
Hartford, CT 06106
rebecca.cutler@ct.gov

Subject:    Osborn Correctional Institution – Q Building
            PCB Porous Substrate/Surface Cover Inspection
            DAS Contract #09PSX0262
            TRC Project No. 188369
            DCS Project No. BI-JA-549
            PCB 13446

Dear Ms. Cutler:

At your request, on June 22, 28 & 29 and July 13, 2012, TRC performed porous substrate and exterior surface cover sampling for PCB containing caulk/glazing in conjunction with the planned renovations of the Osborn Correctional Institution (OCI) Q-Building located in Somers, Connecticut.

Porous substrate building material samples were collected at the point of contact between the porous material substrate and regulated PCB containing caulk.  Samples were collected following the CTDCS Standard Operating Procedures Prepping of Porous Substrates for Sampling PCB's at each of the locations.

Exterior surface cover materials were collected directly beneath horizontal and vertical applications of PCB caulk and paint according to 40 CFR Part 761 Subpart N modified to meet the needs of this sampling program.  Specifically, surface cover samples were collected a distance of 1 foot from the base of the building, or bulk PCB containing material, at 10 foot intervals (the horizontal application of the surface cover applications. All soil samples were collected to a depth as not to exceed 3" in depth. All asphalt and concrete ... ... ... ... ... Standard Operating Procedure for Sampling Porous Surfaces Prior to Reissued Highways PCB's).

All samples were sent to a CTDPH accredited laboratory for PCB analysis via EPA Method 8082, with EPA Method 3540c, soxhlet extraction.

One hundred & twenty-nine (129) samples in all were collected:  sixteen (16) from porous substrate materials and one hundred & thirteen (113) from exterior surface cover materials.  Analysis revealed one (1) porous substrate sample to contain more than 1 part per million (>1ppm) total PCB's and five (5) exterior surface cover samples to contain >1ppm total PCB's.  Thus, some of the identified porous substrate and exterior surface cover materials are either defined as PCB Remediation Waste under the EPA TSCA standards (40 CFR 761) or are regulated by the CTDEEP (>1<50ppm) under

ENERGY &
ENVIRONMENTAL
PROTECTION

79 Elm Street • Hartford, CT 06106-5127          www.ct.gov/deep          Affirmative Action/Equal Opportunity Employer

October 17, 2012

Elbert S. Harris (#190279)
Osborn Correctional Institute
335 Bilton Road
Somers, CT 06071

Re: Freedom of Information Act Request   (F-12-128)

Dear Mr. Harris:

This is in response to your follow up letter dated September 21, 2012, regarding your Freedom of Information (FOI) Request the Department received on October 3, 2012.

As I advised you in my initial FOI acknowledgement letter of September 17, 2012, I forwarded your FOI request to staff within pertinent areas of this agency to conduct a diligent search for responsive, non-exempt documents. Had responsive documents been located showing the existence of a possible safety risk to the public, we would have been required by law to forward those records to another state agency for a safety risk assessment and determination of disclosure in accordance with Connecticut General Statutes §1-210(b)(19) and §1-210(b)(18).

In the case of your FOI request, we followed our regular procedure, meaning the agency did a search for responsive records. No responsive records to your FOI request were located, and thus, we have no records to share with you.

Sincerely,

Mary Lou Kramer
Paralegal
Office of Legal Counsel

Cc: Freedom of Information Commission



December 19, 2011

Ms. Rebecca A. Cutler
Environmental Analyst II
Connecticut Department of Construction Services
Technical Services
165 Capitol Avenue, Room 275
Hartford, CT 06106
rebecca.cutler@ct.gov

Subject:      Osborn Correctional Institution -- Q Building
              PCB Exterior Caulk Inspection
              DAS Contract # 08PSX0202
              TRC Project No. 188360
              DCS Project No. BI-JA-440
              PO# 10446

Dear Ms. Cutler:

At your request, on November 14, 2011, TRC performed a PCB exterior caulk/glazing investigation in conjunction with the planned renovations of the Osborn Correctional Institution (OCI) Q-Building located in Somers, Connecticut. TRC's methodology included conducting a visual site investigation to identify and locate homogeneous caulks/glazings, along with the collection and analyses of representative caulk/glaze samples for PCB content. Multiple grab samples of each identified homogeneous caulk/glaze were collected following a sampling strategy similar to the EPAs simplified sampling scheme for asbestos, and the samples were sent to a CTDPH-accredited laboratory for PCB analysis via EPA Method 8082, with EPA Method 3540c, soxhlet extraction.

Thirty-four (34) samples in all were collected from twelve (12) distinct homogeneous materials identified. Analysis revealed two (2) material types to contain more than fifty parts per million ($\geq$50ppm) total PCB, six (6) to contain more than one but less than fifty (>1<50ppm) total PCB and four (4) to contain less than one (<1ppm) total PCB. Thus, several of the identified homogeneous caulks/glazes are either defined as PCB Bulk Product Waste ($\geq$50ppm) under the EPA TSCA standards (40 CFR 761) or are regulated by the CTDEEP (>1<50ppm) under the State PCB statutes (22a-463 through 469).

Based on this data, further investigation for potential PCB impacts to adjoining porous substrates (brick, CMU, wood, etc.) and/or soil/surface cover is warranted, along with the development of PCB remedial plans to facilitate the renovation project.

Refer to the attached table for details on the samples collected, analytical results and material classifications.

# TRC
## Bulk Caulk/Glaze Sample Log

Inspector: GK/JG

Dates: _____

C = concrete
MS = metal





STATE OF CONNECTICUT
DEPARTMENT OF CORRECTION
FACILITIES MANAGEMENT & ENGINEERING
24 Wolcott Hill Road
Wethersfield, CT 06109



RECEIVED

DEC 1

DEPT. OF ENVIRONMENTAL PROTECTION
OFFICE OF THE COMMISSIONER

Tim Carey
(860) 692-7897
FAX: (860) 692-7556

December 7, 2012

Commissioner Daniel C. Esty
Department of Energy and Environmental Protection (DEEP)
79 Elm Street
Hartford, CT 06105

RE:  August 4th, 2012 - Osborn CI FOIA Request

Dear Mr. Esty,

In regards to the Freedom of Information Act request dated August 4th, 2012 is the response from the Department of Correction (DOC).

In November 2011, TRC (Located at 21 Griffin Road in North Windsor, CT 06095) was retained at the Osborn Correctional Institution (335 Bilton Road in Somers, CT 06071) for the investigation of PCB's (polychlorinated biphenyls) in exterior and interior caulk/glazing. As you know, Federal Regulations under 40 CFR Part 261 and CT State regulations (22a-463 through 469) requires these types of materials to be tested for PCB's prior to renovations, non-renovations, or demolition. PCB's are managed & regulated under the Toxic Substances Control Act (TSCA).

In terms of the caulk sampling, thirty-four samples were taken and revealed twelve different types of caulking. In terms of the interior and exterior caulk sampling, 129 samples were taken in total and of which one hundred and thirteen samples from the ground below and sixteen from earth on the wall and glazing. The results of the testing are attached in the report dated December 19, 2011 from TRC.

Based on the levels of PCB's in caulk, EPA and DEEP require specific regulatory requirements based on if a renovation or non-renovation is going to take place. The CT DOC strictly follows the requirements set forth by the CT DEEP and EPA to ensure the safety and security of our facilities.



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### FACILITIES MANAGEMENT & ENGINEERING
24 Wolcott Hill Road
Wethersfield, CT 06109

If you have any questions regarding this submittal, please contact me at (860) 692-7897.

Sincerely,

Timothy Carey

Timothy Carey
Environmental Analyst III

Attachments

Deputy Commissioners Cepelak and Dzurenda
Warden Chapdelaine
Director Link
Kevin Roy, Plant Facilities Engineer II
Maurice Hamel, CT DEEP
File

RECEIVED

DEC 17 2012

PT. OF ENVIRONMENTAL PROTECTION

*An Equal Opportunity Employer*

Ms Rebecca Cutler
December 19, 2011
Page 2

| Sample No. | Homogenous Material Type | General Location | Total PCB (ppm) | EPA/CTDEEP Regulated |
|---|---|---|---|---|
| 01 | LWC – Exterior, Lower Wall Caulking | Exterior – N & S side Q1, Q2, Q3 & Q4 (at foundation level & above 1st floor concrete overhang) | 0.191 | No* |
| 02 | | | <0.113 | |
| 03 | | | 0.788 | |
| 04 | C2 – Exterior Silver/Grey Building Caulk | Exterior – N & S side Q1, Q2, Q3 & Q4 (around windows & at all expansion joints) | <0.268 | No |
| 05 | | | 0.602 | |
| 06 | | | 0.654 | |
| 07 | C3 – Exterior Silver/Grey Caulking @ L-ceiling joint | Exterior – N & S side Q1, Q2, Q3 & Q4 (at L-ceiling joint 1st & 2nd floors) | 3.16 | Yes – CTDEEP |
| 08 | | | 3.34 | |
| 09 | | | 2.44 | |
| 10 | WC1 – Interior Black Window Caulking on north side window | Interior – 1st & 2nd floor showers – Q1 & Q4 – north side window | <1.88 | Yes – CTDEEP |
| 11 | | | 0.540 | |
| 12 | WC2 – New pliable Exterior Light Grey Caulking on mulit-pane metal windows | Exterior – Kitchen | 4.99 | Yes – CTDEEP |
| 13 | | | 2.77 | |
| 14 | | | 2.03 | |
| 15 | WC3 – Old Exterior Window Caulking (under WC2) | Exterior – Kitchen | 8.41 | Yes – CTDEEP* |
| 16 | | | 4.71 | |
| 17 | | | 11.8 | |
| 18 | WC4 – Exterior Old Caulking around multi-pane red metal windows | Exterior – S side Q1/Q4, N side Q2/Q3 (main windows middle of the Q buildings) | 6.0 | Yes – CTDEEP* |
| 19 | | | 8.05 | |
| 20 | | | 7.36 | |
| 21 | EWG – Exterior Window Glazing on multi-pane red metal windows | Exterior – S side Q1/Q4, N side Q2/Q3 (main windows middle of the Q buildings) | 0.705 | No* |
| 22 | | | 0.240 | |
| 23 | | | 0.336 | |
| 24 | WG1 – Multi-pane window glazing associated with Interior Shower Window | Interior – 1st & 2nd floor showers – Q1, Q2, Q3 & Q4 | 1.25 | Yes - CTDEEP |
| 25 | | | 1.16 | |
| 26 | | | 1.23 | |
| 27 | WG2 – Black Interior Window Glazing associated with North Side Window | Interior – 1st & 2nd floor showers – Q1 & Q4 | 0.713 | Yes – CTDEEP |
| 28 | | | 1.29 | |
| 29 | | | 3.93 | |
| 30 | WG3 – Black Window Glaze Putty on upper portion of North Side Window | Interior – 1st & 2nd floor showers – Q1 & Q4 | 10.6 | Yes – EPA |
| 31 | | | 71.9 | |
| 32 | WG4 – Exterior Window Glazing on multi-pane metal window | Exterior - Kitchen | 541 | Yes – EPA* |
| 33 | | | 495 | |
| 34 | | | 575 | |

*ND< = Not-Detected, Less Than
PCB ≥ 50 ppm = EPA PCB Bulk Product Waste
PCB >1 ppm but <50 ppm = CTDEEP regulated
* Asbestos Containing Material*

(handwritten annotations: "Centrally located between wings")

NBC CONNECTICUT



# More Than 1 Factor Might Have Contributed to Unit Closures at Osborn Correctional

(Published Friday, Dec. 9, 2016)

The state is closing four units at Osborn Correctional Institution in Somers that once housed hundreds of inmates.

Gov. Dannel Malloy held a news conference on Wednesday and credited his criminal reforms and the declining prison population in Connecticut, but the NBC Connecticut Troubleshooters learned there might be more to it than that.

- **Trump Repeats Debunked Illegal Votes Claim to Lawmakers**

For more than a year, correction officers have told the NBC Connecticut Troubleshooters about health concerns connected to Osborn regarding testing for PCBs for half a decade.

Malloy and the commissioner of the Department of Correction announced the closure of a large unit known as "The Qs" and said the state's efforts to reduce crime at its source are is working.

- **Push to Save Pacific Rim Trade Deal After US Exits TPP Pact**

"The reality is that crime is significantly down and over the past three years, Connecticut witnessed the largest drop in violent crime of any state in the nation," Malloy said.

However, former Osborn correction officers who spoke with the Troubleshooters earlier this year said the Qs might have been closed for another reason.

- **Strong January Storms Stir Destruction From Coast to Coast**

Former Osborn correction officer Roger DeNino said a report from five years ago, paid for by the Department of Correction, noted elevated levels of PCBs, a known cancer-causing building material, in bathroom windows inside the Qs and also outside kitchen windows.

The Department of Correction has provided paperwork showing as recently as this year that PCBs were removed from bathroom shower windows inside the Qs.

- **Mike Pompeo Sworn in as CIA Director**

"I was expecting inmate attacks, I was expecting blood borne pathogen exposures, I was expecting stress, but I did not expect the building itself could be toxic," DeNino said.

Malloy said it's at least possible PCBs might have been a factor in the closing of the Qs, but he did not go further than that,

- **Scorecard: Bulk of Trump's 'Day One' Promises Unfulfilled**

Connecticut De...

ENERGY &
ENVIRONMENTAL
PROTECTION

79 Elm Street • Hartford, CT 06105-5127         www.ct.gov/deep         Affirmative Action/Equal Opportunity Employer

December 20, 2012

Elbert S. Harris (#190279)
Osborn Correctional Institute
335 Bilton Road  Q4-10B
Somers, CT 06071

Re:  Freedom of Information Act Request   (F-12-128)

Dear Mr. Harris:

You may recall that my correspondence to you dated October 17, 2012 advised you that no responsive records to your FOI request were located, and thus, we had no records to share with you.  Please be advised that on December 17, 2012, this agency received a letter from Timothy Carey, Environmental Analyst III at the State of Connecticut Department of Correction, Facilities Management & Engineering Division.  I believe that this letter contains information that is responsive to your FOI request and, as a result, I am enclosing a copy herewith.

Thank you.

Sincerely,

Mary Lou Kramer
Paralegal
Office of Legal Counsel

Cc: Timothy Carey, DOC
      Maurice Hamel, CT DEEP
      Freedom of Information Commission

# STATE OF CONNECTICUT
## DEPARTMENT OF PUBLIC HEALTH



Jewel Mullen, M.D., M.P.H., M.P.A.
Commissioner

Dannel P. Malloy
Governor
Nancy Wyman
Lt. Governor

May 2, 2014

Mr Kevin D. Roy
Dept of Corrections
1 75 Bilton Road
Somers, CT 06071

PUBLIC WATER SYSTEM: Connecticut Correctional Institute
Enfield, CT
CLASSIFICATION TYPE: Community
PWSID: CT0490031

SUBJECT: NOTICE OF VIOLATION – MONITORING AND REPORTING

Dear Mr. Roy:

Enclosed is a Notice of Violation ("NOV") that is being issued to Connecticut Correctional Institute for failure to comply with the Regulations of Connecticut State Agencies. Since Connecticut Correctional Institute failed to comply with the monitoring requirements cited in Section I during the periods specified, public notification shall be provided to its customers in accordance with Section II of this NOV. The enclosed Public Notification and Certification of Compliance templates may be utilized to fulfill the notification requirements. The public notification requirements outlined in Section II can be avoided by submitting the missing water quality test results cited in Section I.

PLEASE NOTE THAT FAILURE TO COMPLY WITH MONITORING REQUIREMENTS OVER THE NEXT TWELVE MONTHS WILL RESULT IN THE IMPOSITION OF A CIVIL PENALTY THAT WILL ACCRUE <u>DAILY</u> IF THE CIVIL PENALTY IS NOT PAID BY THE DATE CITED IN THE NOTICE OF VIOLATION WITH CIVIL PENALTY.

If you have any questions, please contact Sara Rossetti at (860) 509-7333 or at the letterhead address. Please identify PWSID CT0490031 in all communication with the Department.

Sincerely,

Gary Johnson
Supervising Environmental Analyst
Drinking Water Section

cc: Mr. Chris Iwanik, Certified Operator
Mr. Victor N. Nigro, Jr., Certified Operator



Phone: (860) 509-7333 ▪ Fax: (860) 509-7359 ▪ VP: (860) 899-1611
410 Capitol Avenue, MS#51WAT, P.O. Box 340308
Hartford, Connecticut 06134-0308
www.ct.gov/dph
*Affirmative Action/Equal Opportunity Employer*



# STATE OF CONNECTICUT
## DEPARTMENT OF PUBLIC HEALTH

Jewel Mullen, M.D., M.P.H., M.P.A.
Commissioner

Daniel P. Malloy
Governor
Nancy Wyman
Lt. Governor

## NOTICE OF VIOLATION

Connecticut Correctional Institute, PWS ID: CT0490031, located in Enfield ("Respondent") is required, in accordance with Sections 19-13-B102(e)(7), 19-13-B102(e)(11) and 19-13-B102(h) of the Regulations of Connecticut State Agencies ("RCSA"), to monitor and report test results for the following requirements.

Section I. Non-compliance.

A. Respondent was required to submit Chlorine test results by November 9, 2013, for the period October 1, 2013 to October 31, 2013 for Water System Facility ID: 00600 (Distribution System). Respondent failed to submit these results.

B. Respondent was required to submit Chlorine test results by December 9, 2013, for the period November 1, 2013 to November 30, 2013 for Water System Facility ID: 00600 (Distribution System). Respondent failed to submit these results.

Section II. Public Notification.

Respondent shall provide public notification ("Notice") to its customers for the violations indicated in this Notice of Violation as required under Section 19-13-B102(i) of the RCSA. *Respondent shall distribute Notice by mail or other direct delivery to each customer receiving a bill and to other service connections to which water is delivered by the Respondent; and publication in a local newspaper or newsletter.* Customers of the Respondent should be asked to notify all tenants of the violations. If said Notice is posted, it shall remain in place for as long as the violations persist, but in no case for less than seven (7) days.

In addition, Respondent shall submit to the Department, no later than ten (10) days after completing the Notice requirements, a Certification of Compliance for each Notice that Respondent has provided to its consumers, certifying that it has full complied with the requirements of Section 19-13-B102(i) of the RCSA. Respondent shall include with the Certification each separate true copy of each Notice that was distributed, as well as proof of publication of each Notice with each applicable for the media distribution.

Respondent shall provide Notice to its customers according to the following schedule. Failure to comply with all Notice requirements may result in the imposition of civil penalties.

A. Respondent shall provide Notice to its customers for the violation cited in Section I.A on or before May 2, 2015.

B. Respondent shall provide Notice to its customers for the violation cited in Section I.B on or before May 2, 2015.



Phone: (860) 509-7333 • Fax: (860) 509-7359 • VP: (860) 899-1611
410 Capitol Avenue, MS#51WAT, P.O. Box 340308
Hartford, Connecticut  06134-0308
www.ct.gov/dph
*Affirmative Action/Equal Opportunity Employer*

# PUBLIC NOTIFICATION
Important Information About Your Drinking Water

## MONITORING AND REPORTING VIOLATION

*Este informe contiene información importante acerca de su agua potable. Haga que alguien lo traduzca para usted, o hable con alguien que lo entienda.*

Date:      3/9/2015
PWSID:   CT0490031
To:   The Customers/Residents of      Connecticut Correctional Institute
From:

Our public water system recently violated drinking water monitoring and reporting requirements. As a supplier of public drinking water, we are required to monitor the water quality of our water supply to insure that it meets the current drinking water standards. Failure to conduct monitoring and/or report results of such monitoring to the State Department of Public Health Drinking Water Section constitutes a violation. Although this incident was not an emergency, as our customers, you have a right to know what happened and what we did to correct this situation.

We are required to monitor your drinking water for specific contaminants on a regular basis. Results of regular monitoring are an indicator of whether or not our drinking water meets health standards. We did **not monitor or test or did not complete all of the monitoring or testing** for the requirement(s) listed below and therefore cannot be sure of the quality of our drinking water during that time.

Chlorine (WSF ID: 00600; Monitoring Period: October 1, 2013 - October 31, 2013)
Chlorine (WSF ID: 00600; Monitoring Period: November 1, 2013 - November 30, 2013)

What is being done?

The following areas have been affected:
Enfield/Somers Correctional Complex

The following steps are being taken to correct this violation:
Ensure all effluent and monitoring report forms are sent in at the beginning of the month and confirm DPH has received.

We expect to return to compliance or resolve the matter by: 3/9/2015
(date)

If you have any questions please contact: _____, operator, designee _____ at the _____
(name)

by mail at _____ 175 Bilton Road _____ Somers _____ CT _____ 06071 ___
(Street)                          (Town)        (State)    (Zip Code)

Please share this information with all the other people who drink this water, especially those who may not have received this notice directly (for example, people in apartments, nursing homes, schools, and businesses). You can do this by posting this notice in a public place or distributing copies by hand or mail.

# CERTIFICATION OF COMPLIANCE

## PUBLIC NOTIFICATION

Public Water System Name:   Connecticut Correctional Institute

Public Water System Town:   Enfield

Public Water System ID:     CT0490031

Monitoring and Reporting Violation(s):

Chlorine (WSF ID: 00600; Monitoring Period: October 1, 2013 - October 31, 2013)
Chlorine (WSF ID: 00600; Monitoring Period: November 1, 2013 - November 30, 2013)
Chlorine (WSF ID: 00600; Monitoring Period September 1, 2013 - September 30, 2013)
Chlorine (WFS ID: 00600; Monitoring Period: July 1, 2014 - July 31, 2014)

The public water system indicated above hereby affirms that public notice has been provided to
consumers in accordance with the delivery, content, and format requirements of Section 19-13-B102(i) of
the Regulations of Connecticut State Agencies.

    □   Consultation with Department of Public Health (if required)    on _____

    □   Notice distributed by _____ on _____

    □   Notice published in _____ on _____
                        (newspaper or newsletter)

    □   Notice published in Consumer Confidence Report on _____

PUB.       .IFICATION

Important _. form.    About Your Drinking Water

## MONITORING AND REPORTING VIOLATION

*Este informe contiene información importante acerca de su agua potable. Haga que alguien lo traduzca para usted, o hable con alguien que lo entienda.*

Date:       3/9/2015
PWSID:   CT0490031
To:   The Customers/Residents of     Connecticut Correctional Institute
From:

Our public water system recently violated drinking water monitoring and reporting requirements. As a supplier of public drinking water, we are required to monitor the water quality of our water supply to insure that it meets the current drinking water standards. Failure to conduct monitoring and/or report results of such monitoring to the State Department of Public Health Drinking Water Section constitutes a violation. Although this incident was not an emergency, as our customers, you have a right to know what happened and what we did to correct this situation.

We are required to monitor your drinking water for specific contaminants on a regular basis. Results of regular monitoring are an indicator of whether or not our drinking water meets health standards. We did not monitor or test or did not complete all of the monitoring or testing for the requirement(s) listed below and therefore cannot be sure of the quality of our drinking water during that time

Chlorine (WSF ID: 00600; Monitoring Period: October 1, 2013 - October 31, 2013)
Chlorine (WSF ID: 00600; Monitoring Period: November 1, 2013 - November 30, 2013)

**What is being done?**

The following areas have been affected:
Enfield/Somers Correctional Complex

The following steps are being taken to correct this violation:
Ensure all effluent and monitoring report forms are sent in at the beginning of the month and confirm DPH has received.

          .. return to compliance or resolve the si......... 3/9/2015

..... any questions please contact ___ Kevin Rea _____ a. _____ or

ry mail at ____ 175 Bilton Road _____ , Somers ____ , CT __ , 06071
                        (Street)                          (Town)      (State)    (Zip Code)

Please share this information with all the other people who drink this water, especially those who may not have received this notice directly (for example, people in apartments, nursing homes, schools, and businesses). You can do this by posting this notice in a public place or distributing copies by hand or mail.

# New water pollution found at Somers' prison

By Rick Guinness
Journal Inquirer

SOMERS — New groundwater pollution — higher than health and environmental officials have seen in years — plagues Osborn Correctional Institution, which Somers' First Selectman Gordon Mello hopes the state will expand in its quest to house a booming prison population, and rectify.

Tetrachloroethylene — a solvent used in dry cleaning, and a possible carcinogen — was found in the early 1990s in groundwater around the prison, after it leaked from its laundry. It contaminated 35 wells, and turned the Rye Hill Circle area of town into a state Superfund site in 1993. The cleanup of that site, Fuss & O'Neill Inc. to be the environmental consultants in the cleanup, which to date has cost more than $2.5 million.

But Town Sanitarian Steve Jacobs said Wednesday there is a new area of "tetrachloroethylene, also called perchloroethylene or PCE, pollution near the prison. "They found it in the storm drainage," Jacobs said. "It's the highest level of PCE since they dug the material out.

The maximum allowable level of PCE in groundwater is 5 parts per billion, according to the state Department of Environmental Protection. The most recent levels found near the prison are hundreds of times higher than that, however.

Mello now says the state could address the pollution as it expands prison space. "If there is a way to accelerate the remedial work to alleviate past pollution as part of expansion, we will do that," Mello said after Wednesday's meeting with the Correction Department officials in Checking on the state's need for more prison beds. "I think it is an opportune time to take something that has created a negative situation and rectify it, and show that the DOC and the town can

> If there is a way to accelerate the remedial work to alleviate past pollution as part of expansion, we will do that. I think it is an opportune time to take something that has created a negative situation and rectify it, and show that the DOC and the town can work as a team.
>
> Gordon Mello
> Somers First Selectman

can work as a team."

And Correction Department spokeswoman Capt. Heather Ziemba said Mello's wish is a possibility. "Everything is negotiable at this point," Ziemba said. "The commissioner has stated that he would help with a reasonable amount of projects, that the town is involved in, and if prison expansion is going to affect Rye Hill Circle and the pollution there, there is a good possibility our agency would help."

Toxin traced to catch basins

Richard Hathaway, an environmental analyst with the DEP's Water Management Bureau, says a work plan as far back as six months ago made reference to higher than expected levels of PCE, but that even more has been found since.

In a May 19 memo, Fuss & O'Neill noted, "three catch basins associated with storm drainage located inside the security fence west of the Osborn CCI facility," Fuss and O'Neill also found pipes inside two of those catch basins, but did not know their origin, the memo stated.

Samples of water inside the basins showed PCE at concentrations of 1,100 parts per billion and 810 parts per billion — in the first case, 220 times the allowable limit, and 162 times the allowable limit in the second.

But in the groundwater monitoring well, PCE was detected at a newly installed monitoring well, PCE was detected at 4,600 parts per billion — more than 900 times the allowable limit, and "the highest PCE concentration identified in the laundry area during the recent investigation," the memo stated.

It concluded, "Given the presence of chlorinated solvents in the laundry area storm drains, we need to determine the beginning and end points for storm water lines coming in and out of the laundry area."

"It would appear the primary source of contamination was emanating from the waste water treatment plant, and not the laundry area," Hathaway said. "The contamination they are finding now appears to be related to materials that were put in the catch basins."

He conceded there was a release of the chemical from the former waste water treatment plant, "but there appears to be other releases that were not previously discovered."

He concluded there was a release of the chemical from the former waste water treatment plant, "but there appears to be other releases that were not previously discovered."

In addition to its identification as a cancer-causing agent in animals, and with limited evidence that it is carcinogenic to humans, researchers say PCE exposure over the short term can cause irritation of the respiratory and central nervous

[■ SEE POLLUTION / PAGE 6]

# Prison neighbor hopes expansion will accelerate cleanup

CONTINUED FROM PAGE 3

drowsiness, headache, giddiness, loss of coordination. Ex- and unconsciousness.

Researchers also said PCE can cause pulmonary edema, an accumulation of fluid in the lungs, liver and kidney damage and skin damage."

Marie Burnette, a former member of the Prison Liaison Committee, and a resident of Rye Hill Circle, has reported symptoms that she associates with the pollution. She said she has suffered numbness in her arms and hands, and that her family has been sick often with lung problems, skin irritations, and other symptoms. She said the symptoms disappeared shortly after the family began using a filtered water system provided by the state.

She is angry, however, that her family ingested the pollutant for years. She talked her way into Wednesday's Correction conference in Cheshire, and came away with a cooperative attitude, speaking highly of Armstrong, who let her into the meeting, and agreeing with Mello's plan to dig out the

contamination as part of adding to million a year in payments in lieu of taxes for the prisons, and Mello wants that amount to increase by $500,000, and to have the state pick up the tab for increased police and fire protection the bigger prison would require.

The Burnettes have wanted for years to see massive excavation. She said that if the department acceded to Mello's plan, the cleanup, family would be "moving in the right direction."

Mello is aware that the state has given Correction just $25 million to add the first of an estimated 1,600 beds the prison system needs to handle its population. Sources list 2,300 prisoners in its three institutions, the super-maximum Northern, Osborn, and the Cybulski section of Willard-Cybulski in Enfield.

Mello has campaigned with the Correction Department to expand Osborn to accommodate 500 more prisoners. The town gets $1.9

Hathaway said DEP "would have to see where the expansion would be, if it was to occur."

He said there probably will be a long-term remediation project at the prison. "They are talking about pumping out of the bedrock over a prolonged period of years," he said. "I would not foresee that they would propose buildings so close to the current facility that it would be in the area of groundwater contamination. We would be concerned if they put a building in the area of current investigation."

Mr. Luis G. Claudio #316418
P.O.Box 100
335 Bilton RD.
Somers CT, 06071

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY

Office of The District C
141 Church St.
New Haven CT, 06510

LEGAL MAIL



U.S. POSTAGE >> PITNEY BOWES

ZIP 06082
02 1W
0001401775 JUN 07 2017

$ 002.45°